IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TONY R. PETTY, | Civil No. 23-00008 HG-KJM |
| Plaintiff, | FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO PAY THE FILING FEE |
| vs. | |
| KEVIN SOUZA; VOLTAIRE GANSIT; JESSICA VILLORIA and KAILUA POLICE DEPARTMENT, | |
| Defendants. | |

FINDINGS AND RECOMMENDATION TO
DISMISS FOR FAILURE TO PAY THE FILING FEE

On January 9, 2023, Plaintiff Tony R. Petty ("Plaintiff") filed an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"). ECF No. 2. In his IFP Application, Plaintiff stated his gross pay or wages were $538 from food stamps. *Id.* at 1. Plaintiff failed to respond to questions one and two, as well as all of the questions on the second page of the IFP Application. *See id.* On January 11, 2023, the Court issued an entering order directing Plaintiff to file a fully completed IFP Application by January 30, 2023. ECF No. 4.

On January 31, 2023, Plaintiff filed another IFP Application ("Second IFP Application"). ECF No. 5. In his Second IFP Application, Plaintiff stated his gross pay or wages were $240,000, and that he receives inheritance payments from

his father's Roth IRA and payments from Veteran Affairs ("VA").  *Id.* at 1.  Plaintiff stated that he has $200,000.00 in a checkings or savings account and $32,089,234.00 in stocks.  *Id.* at 2.  Plaintiff also indicated that he has monthly expenses of $1,400 and provides support for six minor dependents.  *Id.* at 2.  On February 3, 2023, the Court issued an order denyng Plaintiff's Second IFP Application because he did not qualify for *in forma pauperis* status under 28 U.S.C. § 1915.  ECF No. 6.  The Court gave Plaintiff a February 24, 2023 deadline to remit the filing fee.

On February 9, 2023, Plaintiff submitted a check to the Clerk's Office for the filing fee.  ECF No. 7.  The bank subsequently bounced this check.  *Id.*  On March 31, 2023, Plaintiff submitted another check for the filing fee, but the bank also bounced this second check.  ECF No. 11.

On May 8, 2023, Plaintiff submitted a Third IFP Application.  ECF No. 12.  There were major discrepancies between Plaintiff's Second IFP Application and Third IFP Application.  On May 24, 2023, the Court issued an Order Denying Plaintiff's Third IFP Application.  ECF No. 15.  The Court gave Plaintiff a June 7, 2023 deadline to remit the filling fee or submit a revised IFP Application with a detailed explanation for any discrepancies as to information he provided in his Second IFP Application.  *Id.*

Plaintiff has neither paid the applicable filing fee or submitted a revised IFP Application. Plaintiff has had a numerous opportunities to demonstrate his alleged *in forma pauperis* status or remit the applicable filing fee, and has failed to do so. Accordingly, the Court FINDS and RECOMMENDS that the district court DISMISS this action.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, June 15, 2023.



Kenneth J. Mansfield
United States Magistrate Judge

*Petty v. State of Hawaii, et al.*, Civil No. 19-00658 HG-KJM; Findings and Recommendation to Dismiss for Failure to Pay the Filing Fee