IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TONY R. PETTY, | ) Civ. No. 23-00008 HG-KJM |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEVIN SOUZA; VOLTAIRE GANSIT; JESSICA VILLORIA and KAILUA POLICE DEPARTMENT, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO PAY THE FILING FEE (ECF No. 22)**

On June 15, 2023, the Magistrate Judge filed a Findings and Recommendation.  (ECF No. 22).

On the same day of June 15, 2023, the Court received a letter from Plaintiff addressed to the Magistrate Judge.  (ECF No. 23).

On June 16, 2023, the Court's certificate of service reflects the Findings and Recommendation being mailed to Plaintiff for service.

Plaintiff's letter was sent before he received the Findings and Recommendation and does not respond to the points raised in the Findings and Recommendation.  The letter is not an Objection.

No Objections having been filed,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the Opinion and

Order of this Court.

    IT IS SO ORDERED.

    DATED: July 19, 2023, Honolulu, Hawaii..

Helen Gillmor
United States District Judge

Tony R. Petty v. Kevin Souza, Voltaire Gansit, Jessica Villoria and Kailua Police Department, 23-cv-00008 HG-KJM, **ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO PAY THE FILING FEE (ECF No. 22)**